UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re:                                                 Chapter 7
                                                        Case No.: 14-51459
Sandra Lininger                           Hon. Thomas J. Tucker
                 Debtor.
_____/

## **DEBTOR'S RESPONSE TO TRUSTEE'S MOTION TO DISMISS**

Debtor states the following in her response to Trustee's Motion to Dismiss:

1. Admit.
2. Admit.
3. Admit the Debtor did not appear but Debtor did file a Motion to Waive Appearance due to her health issues and inability to travel. A phone call to the Trusteee's Office should have been made prior by Debtor's attorney's office.
4. Neither admit nor denies for lack of knowledge.

    WHEREFORE Debtors prays that Court deny Trustee's Motion to Dismiss.

                                    Respectfully submitted,

Dated: November 28, 2014         /s/ Ronald T. Bruce (P62579)
                                            rbruce@bruceplc.com
                                            Bruce & Associates PLC
                                            53 South Monroe Street
                                            Monroe, Michigan 48161
                                            (734) 240-2611